# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>Plaintiff,<br><br>v.<br><br>Molasky Corporate Center,<br><br>Defendant. | Case No. 2:21-cv-02141-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff Germani Marie Madden (Cannady)'s application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff's application is incomplete because Plaintiff did not sign it. (ECF No. 1 at 3). The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff the approved form application for a non-inmate to proceed *in forma pauperis*, as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff has until **Monday, February 21, 2022** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Failure to comply with this order will result in a recommendation that Plaintiff's case be dismissed.

DATED: January 21, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE