# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>Plaintiff,<br><br>v.<br><br>Molasky Corporate Center,<br><br>Defendant. | Case No. 2:21-cv-02141-JAD-DJA<br><br>**Order**<br>**&**<br>**Report and Recommendation** |

The Court previously denied Plaintiff's request to proceed *in forma pauperis* because Plaintiff did not sign her application. (ECF No. 4). The Court ordered Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis* on or before Monday, February 21, 2022. (*Id.*). The Court explained that "[f]ailure to comply with this order will result in a recommendation that Plaintiff's case be dismissed." (*Id.*).

Instead, Plaintiff filed a motion to enter default judgment and a motion for protective order. (ECF Nos. 5 and 6, respectively). The deadline for Plaintiff to pay the filing fee or file a complete application to proceed *in forma pauperis* then passed. To date, the Court has not received a filing fee, application to proceed *in forma pauperis*, or any request to extend the deadline.

## ORDER

**IT IS THEREFORE ORDERED** that the motion for protective order (ECF No. 6) is **denied as moot.**

## REPORT AND RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that this case be **dismissed,** and Plaintiff's motion to enter default judgment (ECF No. 5) be **denied as moot.**

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 4, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE