UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>    Plaintiff<br><br>v.<br><br>Molasky Corporate Center,<br><br>    Defendant | Case No.: 2:21-cv-02141-JAD-DJA<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 5, 7] |

The magistrate judge recommends that the court dismiss this case because plaintiff has not complied with this court's order to either pay the filing fee or provide a complete application to proceed *in forma pauperis* by February 21, 2022.[1]  The deadline for the plaintiff to object to that recommendation was April 18, 2022, and plaintiff filed nothing and did not ask to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 7] is ADOPTED** in its entirety.  **This case is DISMISSED** without prejudice for failure to comply with the court's order, and the Motion to Enter Default Judgment **[ECF No. 5] is DENIED** as moot.

---

[1] ECF No. 7.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1       The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE
2 THIS CASE.

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey
                                            Dated: April 20, 2022